IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIONIA PUGH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:25cv393-MHT |
| | ) | (WO) |
| DOLGENCORP, LLC., | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

Upon consideration of the joint motion to stay pending arbitration (Doc. 9), it is ORDERED that:

(1) The motion is granted, and this case is stayed pending the completion of arbitration.

(2) Within 28 days of the conclusion of arbitration proceedings, the parties shall file a stipulation of dismissal or, if applicable, a motion to confirm the arbitration award.

This case is administratively closed pending the completion of arbitration.

DONE, this the 20th day of June, 2025.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**